■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMERO CABRERA, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Putnam County (Braatz, J.), imposed March 15, 1989.

Ordered that the sentence is affirmed.

The defendant's contention that his sentence constituted cruel and inhuman punishment is unpreserved for appellate review *(see, People v Ingram,* 67 NY2d 897, 899) and is, in any event, without merit. Thompson, J. P., Brown, Rubin, Balletta and Miller, JJ., concur.